| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ADMIRAL INSURANCE COMPANY, et al.,

    Plaintiffs,

    v.

LANDMARK AMERICAN INSURANCE COMPANY,

    Defendants.

Case No. 19-cv-03661-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: at 4/3/2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  11/1/2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/29/2020.

DESIGNATION OF EXPERTS: 6/29/2020; REBUTTAL: 7/27/2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/24/2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/28/2020;
    Opp. Due: 9/11/2020; Reply Due: 9/18/2020;
    and set for hearing no later than 10/2/2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 11/17/2020 at 3:30 PM.
    Joint pretrial statement due: 11/3/2020

BENCH TRIAL DATE: 11/30/2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Case referred to private mediation to be completed in March 2020. Parties will file a joint statement designating their agreed mediator by 11/8/2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/16/2019

SUSAN ILLSTON
United States District Judge